

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00320-CV

| | | |
|---|---|---|
| RAY FISCHER AND CORPORATE TAX MANAGEMENT, INC. N/K/A RY FISCHER & ASSOCIATES, INC., Appellants | § § § § § | On Appeal from the 48th District Court of Tarrant County (048-284212-16) December 16, 2021 |
| V. | | |
| MARK BOOZER, JERROD RAYMOND, AND CTMI, LLC, Appellees | | Memorandum Opinion by Justice Womack |

## JUDGMENT ON REHEARING

After considering Appellants' motion for rehearing, the response, and reply, we grant the motion for rehearing in part, withdraw our October 7, 2021 opinion and judgment, and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in the trial court's final judgment. It is ordered that the trial court's final judgment is reversed and we render the following:

1. Appellant Ray Fischer shall recover from Appellees $990,175.66.

2. Appellants shall recover from Appellees $450,000 for Appellants' reasonable and necessary attorney's fees for work done at the trial court level.

3. Appellants shall recover from Appellees $60,000 for Appellants' reasonable and necessary attorney's fees for work done at the court of appeals level.

4. If Appellants prevail in an appeal of this court's judgment to the Texas Supreme Court, they shall additionally recover from Appellees $10,000 for Appellants' reasonable and necessary attorney's fees if the case is resolved on a petition for review. And in the event the petition for review is granted by the Texas Supreme Court and Appellants ultimately prevail, Appellants shall recover from Appellees both the $10,000 and an additional $30,000 for Appellants' reasonable and necessary attorney's fees.

The case is remanded to the trial court for further proceedings to determine Appellants' entitlement to pre-judgment interest and to calculate the amount of pre-judgment interest to be awarded, if any, and for determination of post-judgment interest.

It is further ordered that Appellees shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack